UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEARCH WARRANTS | 3:18MJ223 (JGM)<br>3:18MJ224 (JGM)<br><br>April 29, 2022 |

## **ORDER**

The United States of America has filed a motion to (1) to unseal the docket and certain sealing orders still under seal; (2) continue to seal the search warrant application, supporting affidavit, search warrant, the search warrant return, the motions to seal, and the initial sealing order until further order of the Court; and (3) permit the government to file redacted versions of the same as publicly available documents on or before May 13, 2022.

For the reasons stated in the government's motion, the Court finds that the continued sealing of the requested unredacted documents is warranted because the presumption of access to these investigative documents is outweighed by the countervailing factors in favor of sealing. Even if a higher standard for sealing applied, the Court finds that the sealing of these unredacted documents is essential to preserve compelling interests and narrowly tailored to serve those interests.

IT IS THEREFORE ORDERED the docket and the following previously sealed documents in this matter shall be UNSEALED because they reveal no confidential information and do not implicate the concerns applicable to the other unredacted documents: 18MJ223 and 18MJ224 (Docs. # 6, 8, 10, and 12)

The following previously sealed documents in this matter shall remained sealed until further order of the Court: 18MJ223 and 18MJ224 (Docs. # 1-5, 7, 9, and 11). The government shall file redacted versions of these documents on or before **May 13, 2022**.

5

It is so ordered this 2nd day of   May   , 2022, at New Haven, Connecticut.


                                                /s/ Joan G. Margolis  
                                              HONORABLE JOAN G. MARGOLIS  
                                              UNITED STATES MAGISTRATE JUDGE